```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:  ASBESTOS PRODUCTS         :
LIABILITY LITIGATION (No. VI)     :    CONSOLIDATED UNDER
                                  :     MDL 875
RITA WRIGHT, et al.               :
                                  :    CIVIL ACTION NO.
v.                                :     22-2137
                                  :
ABB, INC., et al.                 :

### O R D E R

**AND NOW,** this **21st** day of **June, 2022,** upon consideration of removing defendant Foster Wheeler's motion to withdraw its notice of removal (ECF No. 2) and Plaintiff's response in support of the motion (ECF No. 6) it is hereby **ORDERED** that the motion is **GRANTED** and this case shall be **REMANDED** to the Philadelphia County Court of Common Pleas.

The Clerk of Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**